BARBARA HOPE O'NEILL #102968
Attorney at Law

2014 Tulare Street, Suite 510
Fresno, California  93721
Telephone:  (559) 459-0655

Attorney for Christopher Leroy Seals

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. : 1:06-CR-299 AWI |
| ) | |
| ) | STIPULATION TO CONTINUE |
| Plaintiff, ) | SENTENCING DATE |
| ) | ORDER |
| vs. ) | |
| ) | |
| Christopher Leroy Seals, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between defendant, Christopher Leroy Seals and through his attorney, Barbara Hope O'Neill, and Plaintiff, United States of America, by and through Assistant United States Attorney, Stanley A. Boone, that the sentencing hearing in the above-captioned matter be continued to Monday, February 11, 2008.

The parties jointly request this continuance, as everything is not completed in order for the sentencing to go forward.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

-1-

Title 18, United States Code §3161(h)(8)(A): that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy resolution of this matter.

Respectfully submitted,

DATED: November 16, 2007                    s/s    Barbara Hope O'Neill
                                            BARBARA HOPE O'NEILL
                                            Attorney for Christopher Seals

DATED: November 16, 2007                    s/s    Stanley A. Boone
                                            STANLEY A. BOONE,
                                            Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

**Dated:   November 19, 2007**              **/s/ Anthony W. Ishii**
                                            UNITED STATES DISTRICT JUDGE