```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

FILED

FEB 1 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> CHRISTOPHER L. SEALS, ) <br> ) <br> Defendant. ) | 01: 06-00299 AWI <br><br> ORDER RELEASING PLEA OF CHRISTOPHER SEALS TO UNITED STATES |

IT IS HEREBY ORDERED THAT the Clerk of the Court shall release only to the United States a filed copy of Christopher Leroy Seals' plea agreement filed in this case under seal.

DATED: 2-11-08

_____
ANTHONY W. ISHII
United States District Judge

1