BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California  93721
Telephone:  (559) 459-0655

Attorney for Christopher L. Seals

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. F. NO. 06-00299 AWI |
| | ) | |
| | ) | STIPULATION TO CONTINUE |
| Plaintiff, | ) | SENTENCING |
| | ) | AND  ORDER |
| vs. | ) | |
| Christopher L. Seals, | ) | |
| | ) | DATE: May 12, 2008   TIME:  9 am |
| Defendant | | |

Barbara Hope O'Neill the attorney of record for Christopher L. Seals and Stanley A. Boone, Assistant United States Attorney, have agreed to continue the sentencing date in this matter from May 12, 2008 until June 9, 2008 at 9am.  Defense counsel will be in trial on May 12th and both counsel need more time to prepare for the sentencing in this case.

Dated: May 6, 2008                          Respectfully submitted,


/s/ Barbara Hope O'Neill
Barbara Hope O'Neill

Dated: May 6, 2008                         /s/ Stanley A. Boone
                                           Stanley A. Boone

                                           Assistant U.S. Attorney


**ORDER**

Upon stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the sentencing hearing presently set for May 12, 2008 at 9 a.m. is continued until June 9, 2008, at 9 a.m., to be heard before the Honorable Anthony W. Ishii.


IT IS SO ORDERED.

**Dated:    May 7, 2008**                        /s/ Anthony W. Ishii
                                           UNITED STATES DISTRICT JUDGE

2