1  BARBARA HOPE O'NEILL #102968
   Attorney at Law
2  2014 Tulare Street, Suite 510
   Fresno, California  93721
3  Telephone:  (559) 459-0655
   Fax:  (559) 459-0656
4  email: tajfalaw@yahoo.com

5  Attorney for Christopher Leroy Seals

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:06-000299  AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING |
| vs. ) | AND ORDER |
| ) | |
| Christopher Leroy Seals, ) | DATE: June 9, 2008  Time: 9 am |
| Defendant. ) | Hon:  Anthony W. Ishii |

Barbara Hope O'Neill the attorney of record for Christopher Leroy Seals and Stanley L. Boone, Assistant United States Attorney, have agreed to continue sentencing from June 9, 2008 until July 7, 2008 at 9 a.m.  Counsel need additional time to review the defendant's testimony at the trial of Mr. Goodwin before sentencing can occur.

IT IS SO ORDERED.

Dated:   June 4, 2008                           /s/ Anthony W. Ishii
                                           UNITED STATES DISTRICT JUDGE