# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>Christopher L. Seals,<br><br>Defendant. | CR. F. NO. 06-00299 AWI<br><br>STIPULATION TO CONTINUE<br>SENTENCING<br>AND ORDER<br><br>DATE: August 4, 2008<br>TIME:  9 am<br>HON:   Anthony W. Ishii |

The parties filed the following stipulation:

Barbara Hope O'Neill the attorney of record for Christopher L. Seals and Stanley A. Boone, Assistant United States Attorney, have agreed to continue the sentencing date in this matter from August 4, 2008 until August 11, 2008 at 9am.  Mr. Boone will out of the office on August 4 and both counsel need more time to prepare for the sentencing in this case.


Dated: July 22, 2008                         Respectfully submitted,

                                             /s/ Barbara Hope O'Neill
                                               Barbara Hope O'Neill

Dated: July 22, 2008                          /s/ Stanley A. Boone
                                                Stanley A. Boone
                                                Assistant U.S. Attorney

Upon stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the sentencing hearing presently set for August 4, 2008 at 9 a.m. is continued until August 11, 2008, at 9 a.m., to be heard before the Honorable Anthony W. Ishii.

IT IS SO ORDERED.

Dated:    **July 25, 2008**              **/s/ Anthony W. Ishii**
                                           CHIEF UNITED STATES DISTRICT JUDGE