McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
SHEILA K. OBERTO
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone: (559) 497-4000

IN THE  UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | 1:06-CR-00299 AWI |
| Plaintiff,                        ) | STIPULATION TO CONTINUE SENTENCING ORDER |
| v.                                ) | |
| CHRISTOPHER LEROY SEALS           ) | |
| Defendant.                        ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Barbara O'Neill, Attorney for Defendant, CHRISTOPHER LEROY SEALS, that the Sentencing Hearing presently set for October 14, 2008, at 9:00 a.m., may be continued to November 24, 2008, at 9:00 a.m.

///

////

////

////

////

////

1

This continuance is necessary because Attorney Stanley Boone is presently in trial and the continuance will allow for the completion of the trial and allow the parties to opportunity to further discuss this matter before sentencing.

                                                Respectfully submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: October 8, 2008                By     /s/ Stanley A. Boone
                                                STANLEY A. BOONE
                                                Assistant U.S. Attorney


DATE: October 8, 2008                By     /s/ Barbara H. O'Neill
                                                BARBARA H. O'NEILL
                                                Attorney for Christopher Leroy Seals

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing presently set for October 14, 2008, at 9:00 a.m., is continued until November 24, 2008, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   October 10, 2008**                       **/s/ Anthony W. Ishii**
                                                CHIEF UNITED STATES DISTRICT JUDGE