LAWRENCE G. BROWN
Acting United States Attorney
STANLEY A. BOONE
SHEILA K. OBERTO
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-CR-00299 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING and ORDER |
| v. ) | |
| CHRISTOPHER LEROY SEALS ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Barbara O'Neill, Attorney for Defendant, CHRISTOPHER LEROY SEALS, that the Sentencing Hearing presently set for March 2, 2009, at 9:00 a.m., may be continued to March 16, 2009, at 9:00 a.m.

///

////

////

////

////

////

1

This continuance is necessary due to a conflict in one counsel's schedule.

                                                Respectfully submitted,

                                                LAWRENCE G. BROWN
                                                Acting United States Attorney

DATED: February 24, 2009         By    /s/ Stanley A. Boone
                                                STANLEY A. BOONE
                                                Assistant U.S. Attorney

DATE: February 24, 2009          By    /s/ Barbara H. O'Neill
                                                BARBARA H. O'NEILL
                                                Attorney for Christopher Leroy Seals

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing presently set for March 2, 2009, at 9:00 a.m., is continued until March 16, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   February 24, 2009**                    **/s/ Anthony W. Ishii**
                                                  CHIEF UNITED STATES DISTRICT JUDGE